BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:10-cr-00249 AWI |
| Plaintiff, ) | |
| v. ) | MOTION TO UNSEAL INDICTMENT; ORDER |
| ERIC RAY HERNANDEZ, et al., ) | |
| Defendants. ) | |

The Indictment in this case was sealed by Order of this Court on June 10, 2010. As it now appears that it is no longer necessary that the Indictment remain secret, the United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kirk E. Sherriff, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made a public record.

Dated: June 14, 2010

          /s/ Kirk E. Sherriff
          KIRK E. SHERRIFF
          Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: **June 14, 2010**                                      **/s/ Jennifer L. Thurston**
                                                                                    UNITED STATES MAGISTRATE JUDGE