BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>ERIC RAY HERNANDEZ,<br>MONICA MARIE HERNANDEZ, aka<br>Monica Marie Duarte, and<br>EVELYN BRIGGET SANCHEZ,<br><br>            Defendants. | CASE NO.: 1:10-cr-00249 AWI<br><br>**STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND NAMED DEFENDANTS** |

WHEREAS, the discovery in this case is voluminous and contains a large amount of personal information including but not limited to Social Security numbers, dates of birth, drivers license numbers, bank account numbers, telephone numbers, and residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of

this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, defendants Eric Ray Hernandez, Monica Marie Hernandez, and Evelyn Brigget Sanchez, by and through their counsel of record ("Defense Counsel"), and plaintiff the United States of America, by and through its counsel of record, hereby agree and stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agree not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff.  Defense Counsel may permit the defendants to view unredacted documents in the presence of his/her attorney, defense investigators and support staff.  The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendants to copy Protected Information contained in the discovery.  The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendants with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government.  Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising his or her respective defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that a defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

DATED:  7/19/2010              By:  Roger D. Wilson
                                    (as authorized on 7/19/10)
                                    ROGER D. WILSON
                                    Attorney for defendants
                                    ERIC RAY HERNANDEZ and
                                    MONICA MARIE HERNANDEZ

DATED:  7/20/2010              By:  Robert Dowd
                                    (as authorized on 7/20/10)
                                    ROBERT DOWD
                                    Attorney for Defendant
                                    EVELYN SANCHEZ

```
DATED:  7/21/2010                    BENJAMIN B. WAGNER
                                     United States Attorney

                                By: /s/ Kirk E. Sherriff
                                     KIRK E. SHERRIFF
                                     Assistant U.S. Attorney
```

**ORDER**

IT IS SO ORDERED.

Dated:      July 21, 2010                     _____
                                              CHIEF UNITED STATES DISTRICT JUDGE