1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   MICHELE L. THIELHORN
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,         )  CASE NO.:  1:10-cr-00249 AWI
11                                   )
                 Plaintiff,          )  STIPULATION BETWEEN THE
12                                   )  UNITED STATES AND DEFENDANT
          v.                         )  ERIC HERNANDEZ; ORDER
13                                   )
   ERIC RAY HERNANDEZ,               )
14 MONICA MARIE HERNANDEZ, aka       )
   Monica Marie Duarte,              )
15 EVELYN BRIGGET SANCHEZ,           )
   PATRICIA ANN KING, and            )
16 DARLING ARLETTE MONTALVO,         )
                                     )
17               Defendants.         )
                                     )
18

19

20      Plaintiff the United States of America, and defendant ERIC RAY

21 HERNANDEZ, by and through his counsel of record Roger Wilson, hereby

22 agree and stipulate to modify the property bond condition of

23 defendant ERIC HERNANDEZ's conditions of release.  The Order Setting

24 Conditions of Release, filed June 22, 2010 [Doc. 23] currently

25 requires a "$50,000 property bond secured by equity in property owned

26 by Elizabeth Foster."  As the property secured by the present

27 property bond is expected to be sold, the parties submit this

28 stipulation to allow the substitution of another property bond.

1  The parties agree and stipulate to, and respectfully request
2 that the Court order, the modification of the conditions of release
3 as follows:

4  1.  The current property bond condition provides:

> The defendant shall execute[] a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property: $50,000 property bond secured by equity in property owned by Elizabeth Foster.

9  2.  The following property bond condition shall be substituted
10 for the current condition:

> The defendant shall execute a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property: **a total equity property bond not less than $10,000, secured by equity in property owned by Randall McCormick.**

15  This Stipulation does not modify any conditions of release other
16 than the condition specifically set forth above.

17  IT IS SO STIPULATED.

18 DATED: Oct. 17, 2011

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Roger Wilson
By: (authorized on 10/17/11)    By: /s/ Kirk E. Sherriff
ROGER WILSON                         KIRK E. SHERRIFF
Attorney for defendant               MICHELE L. THIELHORN
ERIC RAY HERNANDEZ                   Assistant U.S. Attorneys

IT IS SO ORDERED.

Dated:   **October 19, 2011**              **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE