```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIRK E. SHERRIFF
    HENRY Z. CARBAJAL
 3  Assistant U.S. Attorneys
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for the
    United States of America
 7
```

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | CASE NO.: 1:10-cr-00249 AWI |
| 11 | ) Plaintiff, ) | STIPULATION BETWEEN THE |
| 12 | ) | UNITED STATES AND |
| | v. ) | DEFENDANTS ERIC HERNANDEZ |
| 13 | ) | AND MONICA HERNANDEZ;ORDER |
| | ERIC RAY HERNANDEZ, ) | |
| 14 | MONICA MARIE HERNANDEZ, aka ) | |
| | Monica Marie Duarte, ) | **Hearing Date: Jan. 17, 2012** |
| 15 | EVELYN BRIGGET SANCHEZ, ) | **Hearing Time: 9:00 a.m.** |
| | PATRICIA ANN KING, and ) | **Court:       Two** |
| 16 | DARLING ARLETTE MONTALVO, ) | **(Hon. Anthony W. Ishii)** |
| 17 | Defendants. ) | |

21    Plaintiff the United States of America, and defendants ERIC RAY
22  HERNANDEZ and MONICA MARIE HERNANDEZ, by and through their counsel of
23  record, jointly stipulate and request that the Court set a hearing in
24  this case on January 17, 2012 to address the appointment of separate
25  counsel for one of the defendants.  Defendants Eric Hernandez and
26  Monica Hernandez are currently represented by attorney Roger Wilson,
27  but it appears that there is now a conflict that requires that each
28  defendant have separate counsel.  Accordingly, the parties request

Stipulation & Order

that the Court set a hearing on January 17, 2012, at 9:00 a.m. to address this matter.

    IT IS SO STIPULATED.

DATED: Jan. 4, 2012

                                       Respectfully Submitted,

                                       BENJAMIN B. WAGNER
                                     United States Attorney

    /s/ Roger Wilson
By: (authorized on 1/4/12)    By: /s/ Kirk E. Sherriff
    ROGER WILSON                    KIRK E. SHERRIFF
    Attorney for defendants     HENRY Z. CARBAJAL
    ERIC RAY HERNANDEZ and     Assistant U.S. Attorneys
    MONICA MARIE HERNANDEZ

**ORDER**

    It is ordered that the parties appear for a hearing before this Court on January 17, 2012 at 9:00 a.m. in Courtroom Two.

IT IS SO ORDERED.

Dated:    January 5, 2012          _____
                                            CHIEF UNITED STATES DISTRICT JUDGE