1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   HENRY Z. CARBAJAL
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

   UNITED STATES OF AMERICA,          )  CASE NO.:  1:10-cr-00249 AWI
11                                     )
                                       )  STIPULATION AND
12                   Plaintiff,        )  [PROPOSED] PROTECTIVE ORDER
                                       )  BETWEEN THE UNITED STATES AND
13                                     )  DEFENDANT ERIC RAY HERNANDEZ
              v.                       )
14                                     )
                                       )
15   ERIC RAY HERNANDEZ,               )
     MONICA MARIE HERNANDEZ, aka       )
16   Monica Marie Duarte,              )
     EVELYN BRIGGET SANCHEZ,           )
17   PATRICIA ANN KING, and            )
     DARLING ARLETTE MONTALVO,         )
18                                     )
                     Defendants.       )
19 _____)

20

21      WHEREAS, the discovery in this case is voluminous and contains a

22  large amount of personal information including but not limited to

23  Social Security numbers, dates of birth, driver's license numbers,

24  bank account numbers, telephone numbers, and residential addresses

25  ("Protected Information"); and

26      WHEREAS, the parties desire to avoid both the necessity of large

27  scale redactions and the unauthorized disclosure or dissemination of

28  this information to anyone not a party to the court proceedings in

_____

                    Stipulation and Protective Order

1  this matter;

2      The parties agree that entry of a stipulated protective order is

3  appropriate.

4      THEREFORE, defendant ERIC RAY HERNANDEZ, by and through his

5  counsel of record ("Defense Counsel"), and plaintiff the United

6  States of America, by and through its counsel of record, hereby agree

7  and stipulate as follows:

8      1.   This Court may enter protective orders pursuant to

9  Rule 16(d) of the Federal Rules of Criminal Procedure, and its

10 general supervisory authority.

11     2.   This Order pertains to all discovery provided to or made

12 available to Defense Counsel as part of the discovery in this case

13 (hereafter, collectively known as the "discovery").

14     3.   By signing this Stipulation and Protective Order, Defense

15 Counsel agrees not to share any documents that contain Protected

16 Information with anyone other than Defense Counsel and designated

17 defense investigators and support staff.  Defense Counsel

18 may permit the defendant to view unredacted documents in the

19 presence of his attorney, defense investigators and support staff.

20 The parties agree that Defense Counsel, defense investigators, and

21 support staff shall not allow the defendant to copy Protected

22 Information contained in the discovery.  The parties agree that

23 Defense Counsel, defense investigators, and support staff may provide

24 the defendant with copies of documents from which Protected

25 Information has been redacted.

26     4.   The discovery and information therein may be used only in

27 connection with the litigation of this case and for no other purpose.

28 The discovery is now and will forever remain the property of the

1 United States Government.  Defense Counsel will return the discovery
2 to the Government or certify that it has been destroyed at the
3 conclusion of the case.
4     5.    Defense Counsel will store the discovery in a secure place
5 and will use reasonable care to ensure that it is not disclosed to
6 third persons in violation of this agreement.
7     6.    Defense Counsel shall be responsible for advising the
8 defendant, employees, other members of the defense team, and defense
9 witnesses of the contents of this Stipulation and Order.
10     7.    In the event that the defendant substitutes counsel,
11 undersigned Defense Counsel agrees to withhold discovery from new
12 counsel unless and until substituted counsel agrees also to be bound
13 by this Order or the Court modifies this Order regarding such
14 transfer of discovery.
15     IT IS SO STIPULATED.
16 DATED:  Feb. 10, 2012        By:  /s/ David A. Torres
                                     (authorized on 2/10/12)
17                                    DAVID A. TORRES
                                     LAW OFFICE OF DAVID A. TORRES
18                                   Attorney for defendant
                                     ERIC RAY HERNANDEZ
19
20 DATED:  Feb. 10, 2012        BENJAMIN B. WAGNER
                                United States Attorney
21
                             By:  /s/ Kirk E. Sherriff
22                                KIRK E. SHERRIFF
                                  HENRY Z. CARBAJAL
23                                Assistant U.S. Attorneys
24
                          **ORDER**
25
IT IS SO ORDERED.
26
27 Dated:     February 10, 2012
                                CHIEF UNITED STATES DISTRICT JUDGE
28