1 **LAW OFFICE OF DAVID A. TORRES**
Attorney at Law (State Bar No. 135059)
2 1318 "K" Street
Bakersfield, California
3 Tel.: (661) 326-0857
Fax.: (661)326-0936
4
Attorney for:
5 ERIC RAY HERNANDEZ

6

7

8 **IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

10

11
UNITED STATES OF CALIFORNIA,         № 10-CR-00249 AWI
12
                           PLAINTIFF,  **RULE 43 WAIVER OF PERSONAL**
13          vs.                        **APPEARANCE**

14  ERIC RAY HERNANDEZ,

15                         DEFENDANT

16

17       Defendant, ERIC RAY HERNANDEZ, is charged with several felony offenses in this

18 proceeding. Pursuant to Federal Rules of Criminal Procedure Rule 43(b)(3) Defendant consents to

19 appearance through counsel David. A. Torres, without Defendant's presence, at and pre-trial status

20 or motions not involving an evidentiary hearing. Defendant requests that the Court allow him to

21 appear through counsel of record at such proceedings.

22  Date:  March 22, 2012          */s/Eric Ray Hernandez*
                                   ERIC RAY HERNANDEZ
23                                 Defendant

24

25 Date: March 22, 2012            */s/ David A. Torres*
                                   DAVID A. TORRES
26                                 Attorney at Law

27

28

# **ORDER**

**IT IS SO ORDERED.** Waiver for the Defendant, ERIC RAY HERNANDEZ, is approved.

IT IS SO ORDERED.

Dated:  **March 23, 2012**                               /s/ **Dennis L. Beck**
                                                                    UNITED STATES MAGISTRATE JUDGE