**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law (State Bar No. 135059)
1318 "K" Street
Bakersfield, California
Tel.: (661) 326-0857
Fax.: (661)326-0936

Attorney for:
ERIC RAY HERNANDEZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF CALIFORNIA,<br><br>               PLAINTIFF,<br>vs.<br><br>ERIC RAY HERNANDEZ,<br><br>               DEFENDANT | №. 10-CR-00249 AWI<br><br>**RULE 43 WAIVER OF PERSONAL APPEARANCE** |

Defendant, ERIC RAY HERNANDEZ, is charged with several felony offenses in this proceeding. Pursuant to Federal Rules of Criminal Procedure Rule 43(b)(3) Defendant consents to appearance through counsel David. A. Torres, without Defendant's presence, at and pre-trial status or motions not involving an evidentiary hearing. Defendant requests that the Court allow him to appear through counsel of record at such proceedings.

Date:  October 22, 2012         */s/Eric Ray Hernandez*
                                ERIC RAY HERNANDEZ
                                Defendant


Date: October  22, 2012         */s/ David A. Torres*
                                DAVID A. TORRES
                                Attorney at Law

# **ORDER**

**IT IS SO ORDERED**. Waiver for the Defendant, ERIC RAY HERNANDEZ, is approved.

IT IS SO ORDERED.

Dated:    October 25, 2012

CHIEF UNITED STATES DISTRICT JUDGE