BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.:  1:10-cr-00249 AWI |
|---|---|---|
| | ) | |
| | ) | STIPULATION AND |
| Plaintiff, | ) | ORDER BY THE UNITED STATES AND |
| | ) | DEFENDANTS ERIC HERNANDEZ AND |
| | ) | MONICA HERNANDEZ TO SET CHANGE |
| v. | ) | OF PLEA HEARING |
| | ) | |
| | ) | |
| ERIC RAY HERNANDEZ, and | ) | Date: June 10, 2013 |
| MONICA MARIE HERNANDEZ, | ) | Time: 10:00 a.m. |
| | ) | Court: Two |
| Defendants. | ) |    (Hon. Anthony W. Ishii) |
| | ) | |

Plaintiff the United States of America and defendants ERIC HERNANDEZ and MONICA HERNANDEZ, by and through their respective counsel of record, hereby agree and stipulate to set a change of plea hearing before the Court on June 10, 2013, at 10:00 a.m.  The Court has previously excluded time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), through the August 13, 2013 trial date in this case.

IT IS SO STIPULATED.

DATED: May 29, 2013          By: /s/ David Torres
                                 (authorized on 5/29/13)
                                 DAVID TORRES
                                 Attorney for defendant
                                 ERIC RAY HERNANDEZ

DATED: May 29, 2013 By: /s/ W. Scott Quinlan
(authorized on 5/29/13)
W. SCOTT QUINLAN
Attorney for defendant
MONICA MARIE HERNANDEZ

DATED: May 29, 2013 BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kirk E. Sherriff
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant U.S. Attorneys

**ORDER**

This matter shall be set before the Court for a change of plea hearing as to defendants Eric Hernandez and Monica Hernandez on June 10, 2013, at 10:00 a.m.

IT IS SO ORDERED.

Dated: May 30, 2013

SENIOR DISTRICT JUDGE