**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

Attorney for:
ERIC RAY HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ERIC RAY HERNANDEZ,<br><br>    Defendant | Case No.: Case No.10-CR-00249 AWI-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHONY W. ISHII AND KIRK E. SHERRIFF AND HENRY Z. CARBAJAL, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, ERIC RAY HERNANDEZ, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Monday, September 9, 2013 be continued to Monday, September 16, 2013.

   I have been ordered to appear by Judge Benitez in the Central District Court- Southern Division in the matter of *United States v. Cristian Garduno, et al* on Monday, September 9, 2013. I have spoken to AUSA Kirk Sherriff and UASA Henry Carbajal, and they have no objection to continuing the sentencing hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(8)(A) and 3161 (h)(8)(B)(1).

//

//

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 9/5/13         */s/ David A Torres*
                      DAVID A. TORRES
                      Attorney for Defendant
                      ERIC RAY HERNANDEZ

DATED: 9/5/13         */s/Kirk E. Sherriff*
                      KIRK E, SHERRIFF
                      Assistant U.S. Attorney

DATED: 9/5/13         */s/ Henry Z. Carbajal*
                      HENRY Z. CARBAJAL

## ORDER

**IT IS SO ORDERED** that the sentencing hearing be continued to Monday, September 16, 2013.

IT IS SO ORDERED.

Dated:   September 5, 2013                    _____
                                              SENIOR  DISTRICT  JUDGE

Summary of Pleading - 2