BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ERIC RAY HERNANDEZ,<br><br>　　　　　　　　　Defendant. | CASE NO. 1:10-CR-00249-AWI-BAM<br><br>ORDER FOR FORFEITURE MONEY JUDGMENT |

　　　Based upon the United States' Application for Forfeiture Money Judgment and the plea agreement entered into between plaintiff United States of America and defendant Eric Ray Hernandez,

　　　IT IS HEREBY ORDERED that

　　　1.　　Defendant Eric Ray Hernandez shall forfeit to the United States $6,037,541, and the Court imposes a personal forfeiture money judgment against the defendant in that amount.

　　　2.　　Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the United States Marshals Service, in its secure custody and control.

Order for Forfeiture Money Judgment　　　　　1

3.      This Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

4.      The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $6,037,541 to satisfy the money judgment in whole or in part.

IT IS SO ORDERED.

Dated:   September 30, 2013                    _____
                                                SENIOR  DISTRICT  JUDGE

Order for Forfeiture Money Judgment            2