FILED
JAN 15 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>         Plaintiffs,          )<br>                              )<br>    vs.                       )<br>                              )<br> ERIC RAY HERNANDEZ            )<br>                              )<br>         Defendant.           )<br>                              ) | No CR-10-249-AWI.<br><br>ORDER EXTENDING SURRENDER DATE |

Defendant's Motion for extension of time to surrender is

Granted and

IT IS HEREBY ORDERED that the defendant shall surrender to the

Designated facility on January 29, 2014 before 2:00 p.m.

DATED: 1-15-14

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1