DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
ERIC RAY HERNANDEZ

**FILED**

MAY 06 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:10-CR-00249-AWI-BAM-1 |
| Plaintiff, | **ORDER RECONVEYING PROPERTY** |
| vs. | |
| ERIC RAY HERNANDEZ, | |
| Defendant | |

Upon request of defendant, and good cause appearing,

**IT IS HEREBY ORDERED** that the property bond below posted as collateral be exonerated:

    Deed:              0211140987
    Date of Deed:      October 25, 2011
    Name of Trustor:   Randall McCormick
    APN:               497-291-04-00
    Payment Amount:    $50,000.00

DATED: May 6, 2015

_____
ANTHONY W. ISHII
SENIOR UNITED STATES DISTRICT JUDGE

Order to Reconvey Real Property

1