UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ERIC RAY HERNANDEZ,<br><br>Defendant | CASE NO. 1:09-CR-007 AWI<br><br>ORDER FOR RESPONSE TO MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i) (COMPASSIONATE RELEASE) |

On May 15, 2020, Defendant Eric Ray Hernandez filed a motion for compassionate release under 18 U.S.C. § 3582. Defendant was convicted of mail fraud related charges in 2013.

On May 15, 2020, Defendant filed this motion for compassionate release and home detention. Defendant is housed in a facility in Lompoc, California, and notes that the Lompoc facility has the highest COIVD 19 infections rates in the nation. Defendant explains *inter alia* that he is documented as being obese and having severe asthmas, Latinos (such as himself) are disproportionately susceptible to COVID 19, he is being housed in dorm/communal area, and that he qualifies for home confinement pursuant to the April 20, 2020 criteria of memorandum issued by the Acting Senior Deputy Assistant. See id. Defendant also notes that he has a viable confinement plan that would permit 14 days of self-quarantine, a job as a barber (when California permits barbershops to re-open), and health insurance through his wife. See id. Therefore, in light of the COVID 19 pandemic, his particular sus

After review, the Court finds that it is appropriate for the United States to respond to Defendant's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The United States shall file either an opposition or notice of non-opposition no later than Thursday May 21, 2020;
2. Defendant shall file a reply no later than 10:00 a.m. on Monday May 25, 2020.

IT IS SO ORDERED.

Dated:  May 18, 2020

_____
SENIOR DISTRICT JUDGE

2